PROB 35

ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE



UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 1:96CR05059-003 |
| ) | |
| DAVID OLSON ) | |

On June 16, 1997, the above-named was sentenced to supervised release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision. The Government has been informed and does not object to this recommendation for early termination.

Respectfully submitted,

/s/ Hubert J. Alvarez

**HUBERT J. ALVAREZ**
**Supervising United States Probation Officer**

Dated: April 30, 2009
Fresno, California

### ORDER OF COURT

It is ordered that David Olson be discharged from supervision, and that the proceedings in the case be terminated.

5-1-09

**Date**

R̶O̶B̶E̶R̶T̶ ̶E̶.̶ ̶C̶O̶Y̶L̶E̶
**Senior United States District Judge**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG